UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LIAN FANG LI,

        Petitioner,

    v.

SERGIO ALBARRAN, et al.,

        Respondents.

No.  1:26-cv-00980-DAD-EFB

ORDER RELATING AND REASSIGNING CASES

LIAN FANG LI,

        Petitioner,

    v.

MARKWAYNE MULLIN, et al.,

        Respondents.

No.  1:26-cv-03749-KES-FJS

**New Case No.  1:26-cv-03749-DAD-EFB**

An examination of the above-captioned actions reveals that they are related within the meaning of Local Rule 123(a).  Accordingly, assignment of the above-captioned actions to the same district judge and magistrate judge will promote substantial efficiency and economy for the court and is likely to be convenient for the parties.  On April 10, 2026, this court granted petitioner's petition for writ of habeas corpus and enjoined his re-detention, absent exigent

1

circumstances or as required by 8 U.S.C. § 1231(a)(2), without notice and a hearing before an immigration judge where respondents will have the burden of establishing that petitioner is either a flight risk or danger by clear and convincing evidence.[1]  (1:26-cv-00980-DAD-EFB Doc. No. 18 at 7.)  On May 15, 2026, petitioner filed a new petition for writ of habeas corpus, in which he states he was re-detained on May 5, 2026 in violation of this court's previous order.  (1:26-cv-03749-KES-FJS Doc. No. 1.)

An order relating cases under this court's Local Rule 123 merely assigns the case to the same district judge and magistrate judge—it does not consolidate the cases.  The local rules of this district authorize the judge with the lowest numbered case to order the reassignment of any higher numbered cases to himself or herself, upon determining that this assignment is likely to affect a savings of judicial effort.  L.R. 123(c).  Such good cause appearing here, the court will order that Case No. 1:26-cv-03749-KES-FJS be reassigned to the undersigned and Magistrate Judge Edmund F. Brennan.

Petitioner requests that an expedited briefing schedule be set in this case.  (1:26-cv-03749-KES-FJS Doc. No. 1 at 20.)  Petitioner alleges that he was not properly notified of the court-ordered pre-deprivation hearing due to what appears to be multiple failures by respondents to properly serve petitioner and his attorney, including scheduling the pre-deprivation hearing the same day as that hearing was conducted without confirming that petitioner or counsel received notice of the hearing.  (*Id.* at 3–4.)  If petitioner's allegations in this regard are accurate, then the court has significant concerns that respondents have failed to comply with this court's previous order.  Given the nature of the allegations in the petition and good cause appearing, the court will require expedited briefing.

Accordingly,

1.   The court orders that Case No. 1:26-cv-03749-KES-FJS is reassigned to the undersigned and Magistrate Judge Edmund F. Brennan;

---

[1]  This court previously granted petitioner's motion for temporary restraining order and ordered his immediate release from immigration detention on February 11, 2026.  (1:26-cv-00980-DAD-EFB Doc. No. 8.)

2

2.      The caption on documents filed in the reassigned case shall be shown as: 1:26-cv-03749-DAD-EFB;

3.      Respondents are DIRECTED, absent further order of the court based upon a finding of good cause, to file a return to the petition filed in 1:26-cv-03749-DAD-EFB no later than May 27, 2026.

4.      Petitioner's traverse, if any, shall be filed no later than three court days after being served with the return, absent good cause for a short extension upon request; and

5.      The Clerk of the Court is directed to file this order in each of the above-referenced cases.

IT IS SO ORDERED.

Dated:    **May 22, 2026**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

3